**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ROBERT WHITTAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-CV-00565 CDP |
| ) | |
| DR. SHANNON K. OWENS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's post-dismissal motion for appointment of counsel. [ECF No. 12]. Plaintiff's complaint was dismissed on May 22, 2024, pursuant to 28 U.S.C. § 1915(g)'s "three strikes" provision, as plaintiff previously brought at least three civil actions that were dismissed on grounds that they were frivolous, malicious or failed to state a claim upon which relief could be granted.[1] [ECF Nos. 8 and 9]. Plaintiff did not appeal the dismissal, and no motions for reconsideration are pending. As such, the Court will deny plaintiff's motion for appointment of counsel as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal motion for appointment of counsel [ECF No. 12] is **DENIED AS MOOT.**

---

[1] *See Whittaker v. St. Louis City Justice Center,* No. 4:18-CV-1717 SNLJ (E.D. Mo); *Whittaker v. Unknown Frazier*, No. 4:19-CV-2929 SNLJ (E.D. Mo); *Whittaker v. Unknown Green*, No. 1:19-CV-211 SRC (E.D. Mo); *Whittaker v. Redington*, No. 2:20-CV-12 SNLJ (E.D. Mo).

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

Dated this 14th day of June, 2024.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE